UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHORNOR BROWN, ) | |
| ) | NO.  CV-06-0196-MWL |
| Plaintiff, ) | |
| ) | |
| -vs- ) | ORDER GRANTING PLAINTIFF'S |
| ) | MOTION TO DISMISS DEFENDANT |
| CHANA WHITE, PEGGY PALOMAREZ, ) | PATTY NOPP |
| and KATHLEEN DOWDY, ) | |
| ) | |
| Defendants. ) | |

On January 18, 2007, Defendants, though their attorneys, filed with the Court a notice that Defendant Patty Nopp had passed away on January 10, 2007. (Ct. Rec. 28). Based on this notice of death of Defendant Nopp, Plaintiff filed a motion to delete Patty Nopp as a defendant in this action on January 26, 2007. (Ct. Rec. 29). Plaintiff requests that Ms. Nopp be dismissed from this lawsuit as a result of her untimely death. (Ct. Rec. 29). Defendants have no objection to Plaintiff's request. (Ct. Rec. 31).

After considering the Plaintiff's motion and Defendants response thereto, **IT IS HEREBY ORDERED**[1] that Plaintiff's motion to Dismiss Patty Nopp as a defendant in this action (**Ct. Rec. 29**) is **GRANTED**.

---

[1] On October 24, 2006, the parties consented to have a full-time United States Magistrate Judge handle all further proceedings, including trial, in this case. (Ct. Rec. 17).

ORDER - 1

Plaintiff's claims against Defendant Patty Nopp, as alleged in Plaintiff's complaint, are therefore **DISMISSED** and the District Court Executive is directed to change the title of this case to reflect the deletion of Patty Nopp as a defendant in this matter.

The District Court Executive is further directed to enter this Order and to provide copies to Plaintiff and counsel for Defendants.

**It IS SO ORDERED**.

DATED this   16th   day of February, 2007.

            s/Michael W. Leavitt
            MICHAEL W. LEAVITT
         UNITED STATES MAGISTRATE JUDGE

ORDER - 2