# UNITED STATES DISTRICT COURT
## *Eastern District of Washington*

CHORNOR BROWN,

                Plaintiff,

             v.

CHANA WHITE, PEGGY PALOMAREZ, and KATHLEEN DOWDY,

                Defendants,

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-06-0196-MWL

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Complaint is Dismissed With Prejudice. Judgment is entered in favor of Defendants against Plaintiff.


May 4, 2007
*Date*

JAMES R. LARSEN
*Clerk*
s/ Pam Howard
*(By) Deputy Clerk*
Pam Howard